No. 92–7195.  POWELL v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 964;

No. 92–7234.  FERDIK v. CORBETT ET AL., *ante,* p. 976;

No. 92–7248.  HARDING v. MARYLAND, *ante,* p. 945;

No. 92–7265.  SCOTT v. INDETERMINATE SENTENCE REVIEW BOARD FOR WASHINGTON, *ante,* p. 946;

No. 92–7321.  JOHNSON v. DEPARTMENT OF DEFENSE, *ante,* p. 977;

No. 92–7402.  KOWEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante,* p. 978;

No. 92–7415.  MCGANN v. BIDERMAN ET AL., *ante,* p. 978; and

No. 92–7493.  MARENO v. JET AVIATION OF AMERICA, INC., *ante,* p. 966.  Petitions for rehearing denied.

No. 92–895.  ROUCH v. ENQUIRER & NEWS OF BATTLE CREEK, MICHIGAN, *ante,* p. 967; and

No. 92–954.  KING, AKA GREENE v. RUSSELL ET AL., *ante,* p. 913.  Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.

No. 92–5554.  MOSS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 1055.  Motion for leave to file petition for rehearing denied.

APRIL 20, 1993

No. 92–8383 (A–801).  HENDERSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

APRIL 21, 1993

No. 92–8394 (A–806).  HENDERSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.